

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ACADIAN PROPERTIES AUSTIN, LLC | § | No. 08-20-00048-CV |
| Appellant, | § | Appeal from the |
| v. | § | 423rd  Judicial District Court |
| KJMONTE INVESTMENTS, LLC, | § | of Bastrop County, Texas |
| Appellee. | § | (TC#423-6368) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment.   We therefore affirm the judgment of the court below.   We further order that Appellee recover from Appellant and its sureties, if any, all costs in this Court.   *See* TEX.R.APP.P. 43.5. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF JULY, 2021.

JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.